IN THE UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| PAUL SERODIO<br><br>*Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF MEDICINE AND<br>DENTISTRY OF NEW JERSEY, et al.<br><br>*Defendants.* | CIVIL ACTION<br><br>No. 09-2221 (SRC)(MAS)<br><br>STIPULATION |

AND NOW, this 18th day of September, 2009, it is hereby stipulated by and between counsel for the Plaintiffs, Gregg L. Zeff, Esquire of the Law Office of Gregg L Zeff and counsel for Defendants, Rina G. Tamburro of Saiber, LLC that Plaintiffs will dismiss COUNT TWO of their Complaint WITHOUT prejudice, COUNT SIX of their Complaint WITHOUT prejudice, and COUNT NINE of their complaint WITH prejudice. Defendants agree to Answer Plaintiffs Amended Complaint without filing a motion to dismiss or any preliminary objections to the Amended Complaint.

| LAW OFFICE OF GREGG L. ZEFF | SAIBER LLC |
|---|---|
| /s/ Gregg L. Zeff | |
| LAW OFFICE OF GREGG L. ZEFF | SAIBER LLC |
| Gregg L. Zeff | Rina G. Tamburro |
| 100 Century Parkway | One Gateway Center |
| Suite 305 | 13th Floor |
| Mount Laurel, NJ 08054 | Newark, NJ 07102 |
| Attorney for Plaintiffs | Attorney for Defendants |

J.